# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

M.J. No.: O4-1804-CBS

**EMANUAL LEE**
**8308 Fayette**
**Philadelphia, PA**

I, the undersigned complainant being duly sworn state the following is true and correct
to the best of my knowledge and belief.  On or about **June 27, 2004** _____

**Suffolk** _____ County and elsewhere in the District of **Massachusetts,**

defendant did, (Track Statutory Language of Offense)

   **possess with intent to distribute more than 500 grams of cocaine**

in violation of Title **21** United States Code, Section **841(a)(1)**
**and (b)(1)(B)**.

I further state that I am a **Special Agent** _____
                               Official Title

and that this complaint is based on the following facts:


   **Please see attached Affidavit of Special Agent Brenda M. Nevano**

Continued on the attached sheet and made a part hereof:   [x] Yes [ ]No

_____
Brenda M. Nevano
Special Agent - Bureau of Immigration
and Customs Enforcement, Dept of
Homeland Security

Sworn to before me and subscribed in my presence,

**June 28, 2004** _____ at     **Boston, Massachusetts** _____
Date                                      City and State

**CHARLES B. SWARTWOOD, III**
**United States Magistrate Judge**          _____
Name and Title of Judicial Officer          Signature of Judicial Officer